UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TANYA RAUCCI,

Plaintiff,

v.

1:26-CV-1077
(GTS/DJS)

ERIC AMBERGER; and
JENNIFER LIUZZI,

Defendants.

---

APPEARANCES:

TANYA RAUCCI
Plaintiff, *Pro Se*
Schenectady, New York 12309

GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

Currently before the Court, in this *pro se* civil rights action filed by Tanya Raucci ("Plaintiff") against Eric Amberger and Jennifer Liuzzi ("Defendant or Defendants"), is United States Magistrate Judge Daniel J. Stewart's Report-Recommendation recommending that Plaintiff's Complaint be dismissed in its entirety with prejudice for failure to comply with Fed. R. Civ. P. 8 and 10 and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 6.) Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no clear error in the Report-

Recommendation:[1] Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein, and Plaintiff's Complaint is dismissed in its entirety, with prejudice. (Dkt. No. 6.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No.6) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED with prejudice and without prior leave to amend.**[2]

Dated: August 24, 2026
Syracuse, New York

HON. GLENN T. SUDDABY
United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

[2] To the extent Plaintiff is asserting a claim regarding her tax assessment, the Complaint is dismissed without prejudice but prior without leave to amend. If Plaintiff purports to assert some other claim, leave to amend may be appropriate.